**No. 09-1188. Frank A. Skinner, Petitioner v. Department of Justice, et al.**

562 U.S. 946, 131 S. Ct. 72, 178 L. Ed. 2d 240, 2010 U.S. LEXIS 7686.

October 4, 2010. Petition for writ of certiorari to the United States Court of

Appeals for the District of Columbia Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 388 U.S. App. D.C. 261, 584 F.3d 1093.